IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Date: October 31, 2017 |
| vs. ) | Case No. 4:13-00440-01-CR-W-RK |
| ) | |
| RONALD F. WHITE, JR., ) | |
| ) | |
| Defendant. ) | |

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

Nature of Proceeding: Criminal Bench Trial – DAY 1

Time Commenced: 8:44 a.m.  Time Terminated: 4:23 p.m.

Plaintiff by: Joseph M. Marquez, AUSA  Defendant by: Anita L Burns, AFPD
Phillip Eugene Porter, AUSA

| Proceedings | Witness(es) |
|---|---|
| MORNING: Court in session – 8:44 a.m. Counsel and defendant present. Pretrial conference held. Defendant orally motions the Court for a bench trial. Motion to dismiss indictment (doc. 110), Motions in limine (docs. 133, 150), and R&R (doc. 132) ruled as stated on the record. Recess – 8:55 a.m. In session; pretrial conference continues – 9:14 a.m. The Court calls defendant for direct testimony re: request to waive trial by jury – 9:50 a.m. Defendant excused from stand – 10:05 a.m. The Court takes up Government's Trial Brief (doc. 151) – 10:12 a.m. Defendant recalled by Court for direct testimony – 10:17 a.m. Defendant excused from stand – 10:19 a.m. Defendant reviews and signs Waiver of Jury Trial – 10:21 a.m. The Court accepts the waiver – 10:22 a.m. Morning break – 10:24 a.m. AFTERNOON: In session. Witness rule invoked – 12:34 p.m. Counsel and defendant present. Government's opening statement – 12:35 p.m. Defense's opening statement – 12:52 p.m. Government begins case in chief and calls Loran Freeman (Direct 12:58; Cross 1:18; Redirect 1:32; Recross 1:35). Witness excused – 1:36 p.m. Government calls Michael Miller (Direct 1:37; Cross 2:15) Witness excused. Recess – 2:24 p.m. In session – 2:50 p.m. Counsel and defendant present. Government calls Ronald White, Sr. (Direct 2:51; Cross 3:01; Redirect 3:07). Witness excused – 3:08 p.m. Government calls Rachelle White (Direct 3:09; Cross 3:18; Redirect 3:22). Witness excused – 3:23 p.m. Government calls Stephen Warlen (Direct 3:24; Cross – 3:42; Redirect 3:49; Recross 3:51). Witness excused – 3:51 p.m. Government calls Jennifer Howard (Direct 3:52; Cross 4:06; Redirect 4:19; Recross 4:19; Re-redirect 4:21). Witness excused – 4:22 p.m. Parties instructed to return by 9:00 a.m. on 11/1/2017. Court adjourns – 4:23 p.m. | Defendant (9:50 – 10:19) Loren Freeman (12:58 – 1:36) Michael Miller (1:37 – 2:24) Ronald White, Sr. (2:51 – 3:08) Rachelle White (3:09 – 3:23) Stephen Warlen (3:24 – 3:51) Jennifer Howard (3:52 - 4:22) |

Court Reporter: Kathy Calvert  By Courtroom Deputy: LaTandra Wheeler